**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jorge PEREZ–MAGANA, Defendant–Appellant.**

**No. 90–50107.**

United States Court of Appeals, Ninth Circuit.

Sept. 5, 1991.

## ORDER

Before D.W. NELSON and REINHARDT, Circuit Judges, and SINGLETON *, District Judge.

The Opinion, filed April 1, 1991, is hereby WITHDRAWN. A Memorandum disposition is being filed in place of the Opinion.

---

* The Honorable James R. Singleton, District Judge for the District of Alaska, sitting by designation.